FILED
MAR 20 2007
03-20-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER[N]

07CV1560
JUDGE BUCKLO
JUDGE MAGISTRATE KEYS

| | |
|---|---|
| SUSAN MILEWSKI, | ) |
| Plaintiff, | ) |
| v. | ) |
| CLIENT SERVICES, INC., | ) JURY DEMANDED |
| Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1. Plaintiff Susan Milewski brings this action to secure redress against unlawful credit and collection practices engaged in by defendant Client Services, Inc. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 1367 and 15 U.S.C. §1692k (FDCPA).

3. Venue and personal jurisdiction over defendant in this District is proper because defendant's collection communications were received here and defendant does business here.

### PARTIES

4. Plaintiff Susan Milewski is an individual who resides in the Northern District of Illinois.

5. Defendant Client Services, Inc. is a corporation with offices at 3451 Harry

1

Truman Blvd., St. Charles, MO 63301. It does business in Illinois. Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

6. Defendant Client Services, Inc. operates a collection agency.

7. Defendant Client Services, Inc. is a "debt collector" as defined in the FDCPA.

## FACTS

8. Plaintiff is a licensed real estate agent.

9. Defendant Client Services, Inc. has been attempting to collect from plaintiff an alleged credit card debt incurred for personal, family or household purposes.

10. On or about February 14, 2007, a representative of Client Services, Inc. using the name Thomas Walton telephoned John Veneris, a real estate broker for whom plaintiff had formerly worked, and (a) informed him that plaintiff alleged owed a debt, (b) claimed that he was somehow responsible for the debt and (c) accused plaintiff of having committed a crime.

11. Defendant's collection tactics were malicious and outrageous.

12. As a result plaintiff was humiliated and injured in her reputation.

## COUNT I – FDCPA

13. Plaintiff incorporates paragraphs 1-12.

14. Defendant violated 15 U.S.C. §§1692c and 1692e.

WHEREFORE, plaintiff requests that the Court enter judgment for:

    a. Actual damages;

    b. Statutory damages;

    c. Attorney's fees, litigation expenses and costs of suit;

    d. Such other or further relief as the Court deems proper.

## COUNT II – STATE LAW CLAIM

15. Plaintiff incorporates paragraphs 1-12.

16. Defendant defamed plaintiff and portrayed her in a false light.

WHEREFORE, plaintiff requests that the Court enter judgment for:

a. Actual damages;

b. Punitive damages;

c. Costs of suit;

d. Such other or further relief as the Court deems proper.

Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

Daniel A. Edelman

## **NOTICE OF LIEN**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

_____
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\19142\Pleading\Complaint Pleading-0001